**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jermaine Lamont WOOD,**
**Defendant–Appellant.**

**No. 02–7316.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 15, 2002.

Jermaine Lamont Wood, Appellant Pro Se. John Staige Davis, V, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jermaine Lamont Wood seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Wood,* Nos. CR–99–144; CA–01–847–3 (E.D. Va. June 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*